JORDAN S. ALTURA (SBN: 209431)
jaltura@grsm.com
REBECCA A. HULL (SBN: 99802)
rhull@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

DAVID ALLEN (SBN 87193)
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
(916) 455-4800 Telephone
(916) 451-5687 Facsimile

Attorney for Plaintiff
TRINA SEMOES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINA SEMOES, <br><br> Plaintiff, <br><br> vs. <br><br> HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1 to 100, <br><br> Defendants. | CASE NO. 2:19-CV-00120-TLN-AC <br><br> **STIPULATION AND ORDER REVISING ADR DEADLINE** |

Plaintiff Trina Semoes ("Plaintiff"), and Defendant Hartford Life and Accident Insurance Company ("Hartford") (jointly "Parties") submit this Stipulation and Order Revising ADR Deadline, for the following reasons.

As contemplated in the Parties' previously filed Joint Rule 26(f) Report (ECF 14), the Parties have been engaged in discussions with the hope of resolving their disputes informally. Those efforts have not yet resulted in resolution. The parties therefore request that the Court

-1-
STIPULATION AND ORDER REVISING ADR DEADLINE

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

extend the currently scheduled ADR completion deadline of March 2, 2020, to and including April 16, 2020, to facilitate those efforts. If the parties are unable to reach agreement through their informal efforts, they will engage in private mediation on or prior to the newly proposed date of April 16, 2020.

IT IS SO STIPULATED.

Dated: February 27, 2020　　　　　　　　　DAVID ALLEN & ASSOCIATES

By */s/ David Allen* (as authorized on 2/27/20)
　　David Allen
Attorneys for Plaintiff
TRINA SEMOES

Dated: February 27, 2020　　　　　　　　　GORDON REES SCULLY MANSUKHANI, LLP

By */s/ Rebecca A. Hull*
　　Jordan S. Altura
　　Rebecca A. Hull
Attorneys for Defendant
STANDARD INSURANCE COMPANY

## **ORDER**

Pursuant to the foregoing stipulation among the parties,

IT IS HEREBY ORDERED that the ADR Completion date be continued to April 16, 2020.

Dated: February 28, 2020

_____
Troy L. Nunley
United States District Judge