JORDAN S. ALTURA (SBN: 209431)
jaltura@grsm.com
REBECCA A. HULL (SBN: 99802)
rhull@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

DAVID ALLEN (SBN 87193)
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
(916) 455-4800 Telephone
(916) 451-5687 Facsimile

Attorney for Plaintiff
TRINA SEMOES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINA SEMOES,<br><br>  Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1 to 100,<br><br>  Defendants. | CASE NO. 2:19-CV-00120-TLN-AC<br><br>**STIPULATION AND ORDER FURTHER REVISING ADR DEADLINE** |

Plaintiff Trina Semoes ("Plaintiff"), and Defendant Hartford Life and Accident Insurance Company ("Hartford") (jointly "Parties") submit this Stipulation and [Proposed] Order Revising ADR Deadline, for the following reasons.

As contemplated in the Parties' previously filed Joint Rule 26(f) Report (ECF 14), the Parties have been engaged in discussions with the hope of resolving their disputes informally.

-1-
STIPULATION AND ORDER FURTHER REVISING ADR DEADLINE

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Those efforts have not yet resulted in resolution. The parties therefore request that the Court further extend the currently scheduled ADR completion deadline of April 16, 2020, to and including May 15, 2020.

IT IS SO STIPULATED.

Dated: April 10, 2020     DAVID ALLEN & ASSOCIATES

By _/s/ David Allen (as authorized on 4/10/20)_
   David Allen
Attorneys for Plaintiff
TRINA SEMOES

Dated: April 10, 2020     GORDON REES SCULLY MANSUKHANI, LLP

By _/s/ Jordan S. Altura_
   Jordan S. Altura
Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

## **ORDER**

Pursuant to the foregoing stipulation among the parties,

IT IS HEREBY ORDERED that the ADR Completion date be continued to May 15, 2020.

Dated: April 10, 2020

Troy L. Nunley
United States District Judge